IN THE UNITED STATES DISTRICT COURT
FOR THE FEDERAL DISTRICT OF HAWAI'I
HONOLULU DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
14 Dec. 2020 1:43 PM lrs
Michelle Rynne, Clerk of Court

TEJU LEINAALA BLEVINS

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

REGIS CORPORATION; SUPERCUTS
~~CORPORATE SHOPS, INC.; MASTERCUTS~~
CORPORATE SHOPS, INC.;
THE BEAUTIFUL GROUP LLC.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. Civil 20-00552-DKW-RT
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☒ No
*(check one)*

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Teju Leinaala Blevins
   Street Address: 58-D Mohala Place
   City and County: Makawao, Mau'i County
   State and Zip Code: Hawai'i 96768
   Telephone Number: (808) 214-4373
   E-mail Address: tejublevins@hotmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Regis Corporation
   Job or Title (if known):
   Street Address: 3701 Wayzata Boulevard suite 500
   City and County: Minneapolis
   State and Zip Code: MN. 55416
   Telephone Number:
   E-mail Address (if known):

   Defendant No. 2
   Name: SuperCuts Corporate Shops, Inc.
   Job or Title (if known):
   Street Address: 7201 Metro Boulevard
   City and County: Minneapolis

2

State and Zip Code: MN. 55439
Telephone Number: (952) 947-7777
E-mail Address (if known): ___

**Defendant No. 3**

Name: MasterCuts Corporate Shops, Inc.
Job or Title (if known): ___
Street Address: 2700 Colorado Blvd. Suite 113
City and County: Los Angeles
State and Zip Code: CA. 90041
Telephone Number: 1 (800) 345-7811
E-mail Address (if known): ___

**Defendant No. 4**

Name: The Beautiful Group, LLC.
Job or Title (if known): ___
Street Address: 9720 Wilshire Blvd. Floor 6
City and County: Beverly Hills,
State and Zip Code: CA. 90212
Telephone Number: (310) 299-4100
E-mail Address (if known): ___

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name: SuperCuts
Street Address: 55 Pukalani St. Unit B-6
City and County: Makawao, Maui County
State and Zip Code: Hawai'i, 96768
Telephone Number: (808) 573-7542

3

II.  **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- ☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- ☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☐ Other federal law *(specify the federal law)*:
    _____

- ☐ Relevant state law *(specify, if known)*:
    _____

- ☐ Relevant city or county law *(specify, if known)*:
    _____

III.  **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Statement

In August 2019, I was hired by the above-named employer to work as full-time Cosmetologist. At the time of my hire, Respondent was made aware of my pregnancy.

On or about December 10, 2019, I was transferred to work at Respondent's Master Cuts store in Kahului. After my assignment, my store manager Victoria Mendez began to subject me to disparate treatment because of my pregnancy. Though my attire was professional and in compliance with Respondent's policy, Mendez instructed me to wear a smock to cover my body when I worked because she did not like seeing my curves. In contrast, other similarly-situated employees were not required to wear a smock. I made a complaint to Gaylene Edblom, who is the District Manager for all Maui Regis owned shops (SuperCuts Salon, MasterCuts Salon & Regis Salon) about how I was being treated. On New Year's Day, Mendez treated all my co-workers for lunch, but I was the only employee that was excluded. Again, I expressed this to Gaylene Edblom.

On or about January 4, 2020, Mendez informed me that my work hours would be reduced to four (4) hours a shift for 19 hours per pay period. I was told MasterCuts did not have any hours to give me. On that day, I also learned Mendez hired another full-time cosmetologist (Namer Vasquez) who was scheduled a minimum of 38 hours per week. I believe this was done out of retaliation for my previous complaints. I also believe this was done to reduce my TDI paid benefit amounts because the payment amount is based upon your last 6 paycheck amounts and worked hours. Around mid- January 2020, I managed to complain to Respondent's Hawai'i store General Manager Misty (LNU), after being blocked from Gaylene to contact her about my reduced work hours and Mendez's discriminatory treatment. I called multiple SuperCuts locations on O'ahu and asked managers to contact Misty. I finally got a phone call from her. However, I do not believe appropriate, corrective action was taken. Misty explained that MasterCuts was to give me back my full time employment of 38 hours (which I did not receive); and that MasterCuts did have hours to give me and Victoria's previous statement was false and was told I did not have to wear a smock to cover my stomach or body. I was also told that I was allowed to wear shoes or "pops" of color like a scarf to shirt after being previously told my Gaylene that I to buy new shoes and clothes that were only black despite what the handbook said. It was Victoria's store and I had to follow her rules, not those of corporate.

On January 31, 2020, I went to Mendez to obtain her signature on my TDI paperwork for maternity leave as previously instructed by General Manager Misty. However, Mendez refused to sign my TDI paperwork without explanation. Instead, Mendez gave me an HR address envelope to mail my TDI paperwork, which I did. On February 4, 2020, I gave birth to my baby. Despite repeated follow-up attempts with HR, I never received any TDI benefits for my maternity leave. I was never given any TDI benefits.

On or about March 17, 2020, I texted Respondent's Maui General Manager Gaylene (LNU) about not receiving TDI benefits, but she failed to respond. On March 28, 2020, my doctor's cleared me to return to work from maternity leave. Subsequently, I contacted Mendez to get a return to work date, but she failed to respond to me. Due to Respondent's lack of response to my inquires, I have reason to believe my employment has been terminated. It was only after I filed with the E.E.O.C. that I was contacted by Gaylene, to resume my position as a stylist at MasterCuts.

I believe Respondent discriminated against me because of my sex (pregnant female) in violation of Title VII of the Civil Rights Act of 1964 ('Title VII') and the Pregnancy Discrimination Act as amended. I also believe Respondent retaliated against me for engaging in protected activity.

As a single mother I depend on every paycheck, every dollar is accounted for, not receiving TDI benefits during my time of need proved detrimental. More so during the hardships of Covid-19. Pregnancy is already a fragile time for any woman without the negativity and discrimination in a work environment. I have been receiving therapy and medical treatment from the ending of 2019 and throughout this year, do to the emotional damage, financial stress, sleep deprivation and related eating disorder, this has caused me.

4(A)

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) Started: August 2019 - Jan. 31, 2020.

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☒ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)* pregnancy.

E. The facts of my case are as follows. Attach additional pages if needed.

5

> March 2nd 2020 @ 1:13pm spoke w/ Laura inregards to claim. TDI.
> March 6th, 2020 @ 10:30AM spoke w/ Balenela ext: 67326. "Can't find paperwork." "We don't have a # to reach the H.R. Dept inregards to your case." March 13th, 2020. "We can't get a hold of H.R. dept. for your claim."

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

    12·10·2019

B. The Equal Employment Opportunity Commission *(check one)*:

    ☐ has not issued a Notice of Right to Sue letter.
    ☒ issued a Notice of Right to Sue letter, which I received on *(date)*
       09 | 19 | 2020.

    (Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

    Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

    ☒ 60 days or more have elapsed.
    ☐ less than 60 days have elapsed.

6

EEOC Form 161 (11/16)         **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Teju L. Blevins
58-D Mohala Pl.
Makawao, HI 96768

From: Los Angeles District Office
255 E. Temple St., 4th Floor
Los Angeles, CA 90012

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 444-2020-01029 | Jake B. DeMarco, Investigator | (213) 785-3056 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Patricia Kane* FOR     9/15/20

Enclosures(s)     Rosa M. Viramontes,
District Director     (Date Mailed)

cc: John Mack
Senior Attorney
REGIS CORPORATION D/B/A MASTERCUTS
3701 Wayzata Boulevard, Suite 500
Minneapolis, MN 55416

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Missing TDI payments during maternity leave. Amount is unknown, do to hourly cut. Loss of wages, unknown amount. Financial debt from hardship (credit card loans) No full time unemployment benefits after being put to part time employment.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Dec. 14, 2020.

Signature of Plaintiff: Teju Blevins

Printed Name of Plaintiff: Teju Blevins.

B. **For Attorneys**

Date of signing: _____, 20___.

Signature of Attorney          _____
Printed Name of Attorney       _____
Bar Number                     _____
Name of Law Firm               _____
Address                        _____
Telephone Number               _____
E-mail Address                 _____

8